IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON L. PARKS,

     Plaintiff,            No. 2:11-cv-1717 JFM (PC)

    vs.

BUTTE COUNTY JAIL,

     Defendant.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 8, 2011.

                              UNITED STATES MAGISTRATE JUDGE

/mp014;park1717.59